IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

MERRILL LYNCH, PIERCE, FENNER
& SMITH INC.,

    Plaintiff,

v.       No. JFM 00CV 631

ARIEL POPEL,

    Defendant.

## ORDER

AND NOW, this 15th day of January, 2002, by stipulation of counsel for Plaintiff, Merrill Lynch Pierce, Fenner, Smith Inc. and Defendant, Ariel Popel, it is hereby ORDERED AND DECREED that:

1) the above-captioned litigation shall be immediately DISMISSED, With Prejudice, with each party to bear its or his own costs; and

2) the security bond in the amount of $50,000 given by Merrill Lynch pursuant to the Temporary Restraining Order issued by the Court on March 7, 2000 is hereby RELEASED without any liability of Merrill Lynch to Defendant thereunder.

BY THE COURT:

_____
United States District Judge